UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

MARCOS COPLIN-BRATINI,

Plaintiff,

vs.  CIVIL NO. 98-2308 (DRD)

UNITED STATES OF AMERICA,

Defendant.

## JUDGMENT

In accordance with the order issued on this same date, the Magistrate's Report and Recommendation is **ADOPTED** and this case is **DISMISSED**.

IT IS SO ADJUDGED AND DECREED.
In San Juan, Puerto Rico, this 17th day of April, 2000.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

P \FINALORD ERS\98-2308 DIS