UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

MARCOS COPLIN-BRATINI,

        Petitioner,

  -vs-                               Civil Action No. 98-2308(DRD)

UNITED STATES OF AMERICA,

        Respondent.

NOTICE OF APPEAL AND APPLICATION
FOR CERTIFICATE OF APPEALABILITY

    COMES NOW Petitioner Marcos Coplin-Bratini, Petitioner pro se, and moves this Court to enter this notice of appeal of this Court's denial order of April 20, 2000. And also to grant a certificate of appealability on the claims Petitioner raised, as follows:

    (1) Counsel's ineffective in failing to move for disclosure and production of the informaer's identity; (2) move for severance; (3) challenge the propriety of the indictment;(4)challenge the seizure and search of the vessel; (5) advice him of the benefits of a guilty plea, and (6) assert a Speedy Trial Act and Rights violation.

    On these issues, Petitioner made a substantial showing of the denial of a constitutional rights, that is the Sixth Amendment of Effective Assistance of Counsel. See 28 U.S.C., §2253(c)(2). These issues, even though rejected by this Court warrants encourageme for further review by jurists of reason.

    Wherefore, Petitioner respectfully prays.

Dated: 4 day of 86  2000

Respectfully Submitted:

Marcos Coplin-Bratini, Pro Se
Petitioner

cc: Jacabed Hernandez, AUSA
    150 Carlos Chardon Ave.
    Hato Rey, PR 00918